**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WB KIRBY HILL, LLC,

                Plaintiff,

   -against-

ERIC KUVYKIN, SVETLANA SHNEYDERSHTEYN-KUVYKIN "JOHN DOES" Nos. 1-10 and "JANE DOES" Nos. 1-10,

                Defendants.
-------------------------------------------------------------------X

FILED
CLERK

10:10 am, Apr 29, 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ADOPTION ORDER**
18-cv-3812 (ADS) (GRB)

**SPATT, District Judge.**

    On July 1, 2018, WB Kirby Hill, LLC commenced this state law eviction proceeding against the Defendants.

    On July 17, 2018, the Plaintiff filed a motion [Docket Entry ("DE") 6] to remand the proceeding back to state court.

    On September 10, 2018, the Court referred this matter to United States Magistrate Judge Gary R. Brown for a recommendation as to whether the above motion should be granted, and if so, what relief should be awarded.

    On April 12, 2019, Judge Brown issued a Report & Recommendation ("R&R") recommending that the Court grant the Plaintiff's motion and remand this action to the Supreme Court of the State of New York, Nassau County.

    More than fourteen (14) days have elapsed since service of the R&R on the parties, who have failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the R&R is adopted in its entirety. The Plaintiff's motion to remand is granted. The Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: Central Islip, New York
April 29, 2019

              ____*/s/ Arthur D. Spatt*_____
                ARTHUR D. SPATT
               United States District Judge